UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TD BANK, N.A. and TD PRIVATE CLIENT WEALTH, LLC,,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**BRETT BARTKIEWICZ, GREGG DESMARAIS, RAYMOND JAMES FINANCIAL SERVICES, INC., AND CRESCENT LAKE CAPITAL, LLC D/B/A CRESCENT POINT PRIVATE WEALTH,**<br><br>  Defendants. | Civil Action No.: 3:24-cv-00888-OAW<br><br><br><br>May 17, 2024 |

## TD BANK, N.A.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff TD Bank, N.A. ("TD Bank"), a national banking association, is a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings, LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of the Toronto-Dominion Bank, a Canadian chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD." No publicly-held company directly owns more than 10% of the stock of TD Bank.

    Respectfully submitted,

    */s/ James H. Golicz*_____
Elizabeth R. McKenna (ct28113)
James H. Golicz (ct31155)
  LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile:  203.974.8799
emckenna@littler.com
jgolicz@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ James H. Golicz_____
James H. Golicz (ct31155)